IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

RONNIE REDD,                                )
                                            )
          Plaintiff,                        )
                                            )
     v.                                     )          CV 321-041
                                            )
ANTONIO CALDWELL, Warden;                   )
MR. GIBBONS, Deputy Warden of Security;     )
MS. DOE, Deputy Warden of Care and          )
Treatment; CHABARA BRAGG, Unit             )
Manager; LT. MITCHELL HARDY, Shift          )
Supervisor; and MRS. GORDON,                )
Correctional Officer II,                    )
                                            )
          Defendants.                       )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion

and **DISMISSES** Defendants Antonio Caldwell, Mr. Gibbons, Ms. Doe, Chabara Bragg, and

Lt. Mitchell Hardy, as well as Plaintiff's official capacity claims for money damages against all

Defendants, from the case. The case shall proceed against Defendant Mrs. Gordon as

described in the Magistrate Judge's September 24, 2021 Order. (See doc. no. 13.)

SO ORDERED this _____ day of October, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE