IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RONNIE REDD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-041 |
| | ) | |
| ALICIA GORDON, Correctional Officer II, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion to dismiss, (doc. no. 23), **DISMISSES** this case without prejudice, **DIRECTS** the **CLERK** to enter an appropriate judgment of dismissal, and **CLOSES** this civil action.

SO ORDERED this 17th day of August, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE